359 A.2d 890

COMMONWEALTH

v.

HINES, Appellant.

Submitted April 14, 1975.   Paul R. Gettleman, for appellant;   Charles W. Johns, Assistant District Attorney, and John J. Hickton, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.